IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

TYRONE LEE,
    Petitioner

V.                                                                       Civ No.

ISLE OF WIGHT COUNTY
Sheriff Department
Magistrate Judge, Rachel L. Zollweg,
Chief Judge James E. Weiser (JDR)
Commonwealth Attorney Office,
    Defendants

## CIVIL LAWSUIT

**Now Comes petitioner Tyrone Lee,** appearing pro se, to hereby file this instant civil lawsuit against the above named parties for unethical practice while in office. This honorable court has jurisdiction to entertain this proceeding pursuant to Title 28 U.S.C. 1331 Federal Question. Petitioner hereby request of this court to not hold him to the same strict compliance of presenting this motion to the court as those drafted by an attorney.

1

## STATEMENT OF THE CASE

On June 24, 2021, charges were filed against petitioner in Juvenile and domestic Relation District Court located in the county of Isle of Wight Virginia. Count one charged petitioner with violating Va. code ASL-1315-M1 Assault on family member and count two charged petitioner with violating va. Code ASL 1347-FS a class six felony. Petitioner was denied bond by Magistrate judge Rachell L. zollweg, The court based its denial of bond based upon testimony provided by defendant Deputy A. Parsain, of the Isle of Wight County Sheriff Department. Petitioner was then transported to the Western Tidewater Regional Jail awaiting preliminary hearing.

Petitioner shall demonstrate to the court each violation committed by all defendants in each proceeding. (1) Isle Of Wight Sheriff Department. Deputy A. Parsain filed a false request for emergency protective order to magistrate judge Rachel L. Zollweg for the protection of petitioner's wife Mrs. Kerryann T. Lee. Deputy A. Parsain in his report informed the magistrate judge of Mrs. Lee's inability to file a protection order for her own protection under Va. Code 16.1-253.1 or 16.1-279.1. The magistrate judge (Defendant) denied petitioner bond based on the testimony of defendant deputy A Parasin statement instead of petitioner's right to bond under Virginia's law. This deputy was never under oath in the presence of the petitioner, instead the magistrate and deputy made their decision to deny bond jointly behind closed doors.

Petitioner objects to both numbered subsections by reason of "No weapon was used by petitioner to cause harm to Mrs. Lee. (2) Under no circumstances did Mrs. Lee's health enabled her to file charges against the petitioner. Deputy A. Parasin coerced testimony from Mrs. Lee by telling her "Your husband filed a statement against you" alleging petitioner used a weapon to cause bodily harm to Petitioner's wife. This type of falsifying documentation to any judicial officer would classify petitioner as an animal which would warrant separation and protection from the complainant until further evidence is discovered by a judicial official.

On or about May 04, 2021 Petitioner contacted Isle of Wight Sheriff office complaining of the constant harassment of deputy Parasin, this defendant would harass my child by stopping him and asking my child "where do you live" after watching him come out of our residence at 205 Kenny Ln in Isle of Wight county. In another encounter, the defendant stopped my son again going to the mailbox and asked him where do he live while other kids were in the area but of a different race (Caucasion). Defendant Parasin abused his position of a deputy by constant surveillance of my residence all through his shift. Moreover, the defendant contacted friends of another jurisdiction ( Suffolk) to assist him in his harassment. Jointly, these officers would park in front of my residence, exit their vehicles and enter my property, looking through each lower level window without permission from homeowners (Petitioner and Mrs. Lee). This type of misconduct is in direct contravention of the constitution, i.e. Fourth Amendment. Therefore, Isle of Wight County is liable for the misconduct of its officials.

The record should also reflect that deputy A. Parasin (Defendant) failed to Mirandarize the petitioner during the arrest. See, **Miranda v. Arizona**, **384 US 436 (1966).**

The court held that a defendant cannot be questioned by police in the context of a custodial interrogation until the defendant is made aware of the fight to remain silent, the right to consult with an attorney and have the attorney present during questioning, and the right to have an attorney appointed if indigent. These warnings stem from the Fifth and Sixth Amendment privilege against self incrimination and the Sixth Amendment right to counsel. Without a Miranda warning or a valid waiver of the Miranda rights, statements made may be inadmissible at trial under the exclusionary rule, which prevents a party from using evidence at trial which had been gathered in violation of the United States Constitution. Petitioner was not advised of such Constitutional safeguard while no waiver of rights can be presented to this court through documentation presented by the defendant or its recorded device i.e. bodycam. This honorable court should place defendant's on judicial notice of constitutional violations and order trial to determine the severity of each defendant's misconduct.

## JUDICIAL AND PROSECUTORIAL RELATIONSHIP

Petitioner presents factual meritorious allegations to this court concerning the father and son relationship between presiding judge and commonwealth attorney. Throughout each proceeding both parties formed a concrete wall of conviction that no defense attorney could not penetrate with articulation. However, plaintiff successfully filed his complaint of this relationship with the American bar association along with the Office of Professional Responsibility alleging the unethical relationship between both defendant's practicing law in the same courtroom. Petitioner demanded in his complaint, (1) The removal of the presiding judge. (2) Change of venue. (3) disbarment of both family members, and (4) Bond granted due to violations. On August 04, 2021, bond was granted, August 31, 2021, charges were dismissed against the petitioner. The prosecutorial functions of a municipal attorney in any way affect or bar criminal defense practice so as to limit his professional office relationship. As a municipal court judge may not serve on the staff of a prosecutor in any county. This exception does not apply to Isle of Wight (JDR), the unethical practice in this courtroom under review is perfected while counsel for defendants remain silent and allow the misconduct to commence. Under the constitution no two court officials can practice law in the same courtroom, this father and son relationship generates no room for successful outcome. The conviction rate in Isle of Wight (JDR) courtroom is greater than one hundred percent under this type of unethical practice. Under no circumstances should a defendant's docket sheet contain the names of related officials. As stated above, a municipal court judge may not serve on the staff of a prosecutor in any county including Isle of Wight. Both defendants but not limited to (Judge and Commonwealth Attorney) destroyed the structural foundation of the petitioner's family with unlawful incarceration, falsifying arrest documents to obtain a conviction, harassment, jeopardizing petitioners employment. Petitioner request of this court to place this civil action on its docket for trial, the merits presented are ripe for adjudication by this court and deserves presentation to a Federal grand jury for its findings

Pursuant to **Fed.R.Civ.P. 38,39 and 40.** An appropriate order shall issue.

## GROUNDS ON WHICH RELIEF CAN BE GRANTED.

Petitioners civil suit presents meritorious factual claims of judicial and prosecutorial misconduct in direct contravention of the constitution pursuant to the Fourteenth Amendment. Presiding judge and prosecuting attorney are bias in case against the petitioner due to the father and son relationship. This type of relationship in cases involving imprisonment is indeed against the laws of the United States whether charges against any person is a felony or misdemeanor. It's quite obvious that this type of unethical practice in Isle of Wight County (JDR) has a very long history of both defendants conspiring to violate laws of the United States along with the rights of those who were convicted by the dynamic duo, i.e. judge and commonwealth attorney. Both defendants placed the Isle of Wight County Judicial branch in jeopardy of liability for their misconduct in the action of the **Commonwealth of Virginia V. Tyrone Lee**. The petitioner hereby request of this court to remain neutral and unbiased and allow him to exercise his rights to face his accuser under the Sixth Amendment of the constitution in this court should a trial commence. Relief shall be granted based upon petitioners presented argument to the court surrounding the unethical relationship of presiding judge and commonwealth attorney (Defendants).

Next, the corruption of Magistrate judge and deputy of Isle of Wight county sheriff department plays a very important role in the judicial process. In this case, both defendants are being accused of filing false felony charges against the petitioner. As outlined herein, the magistrate judge denied bond based upon testimony of arresting officer totally disregarding petitioner's qualification of bond. Petitioner demonstrates the harassment of deputy Parasin in prior contact. Relief can be granted by this court for the following misconduct.

5

1. Arresting officer failure to Mandarize Petitioner during arrest.
2. Magistrate judge failed to consider the petitioner's qualification of bond.
3. Deputy Parasin harassment as outlined herein by allowing another county {Suffolk} to assist him during the property search of plaintiff's residence.
4. Magistrate Judge conspired with Deputy Parasin in the denial of bond by accepting his coerced testimony of petitioners wife,
5. Presenting false documents to the Magistrate Judge i.e. arrest warrant and separation order.
6. Defendant's failure to read charges to petitioner at preliminary hearing .
7. Unethical practice of law between both defendants (Father and Son) in the same courtroom attempting to control the outcome of certification to Superior court. And.
8. Any other relief this court deems necessary.

Respectfully Submitted.

_____
Mr. Tyrone Lee, Pro Se
(757) 928-5028
205 Kenny Lane
Smithfield, Va. 23430

## CIVIL LIABILITY

Accepting liability by defendant plays a very important role in this civil proceeding due to the humiliation plaintiff suffered from defendants misconduct and personal infliction of incarceration through hate and retaliation. Plaintiff holds Isle of Wight County liable for their employees misconduct while in office. Therefore, it is a severe monetary penalty of **$2.5 Million Dollars** that plaintiff demands.

Respectfully Submitted.

_____

**Mr. Tyrone Lee, Pro Se**
**(757) 928-5028**
**205 Kenny Lane**
**Smithfield, Va. 23430**

**In Sum,** The record in this case fully developed, the merits herein are ripe for adjudication by this court. An appropriate order shall issue placing this civil action on the courts docket for trial.

**Respectfully Submitted.**

**Mr. Tyrone Lee, Pro Se,**
(757) 928-5028
205 Kenny Lane
Smithfield, Va. 23430

Case 4:21-cv-00131-RAJ-RJK   Document 1   Filed 10/07/21   Page 9 of 17 PageID# 9

## CERTIFICATE OF SERVICE

Petitioner **Tyrone Lee** hereby certify under penalty of perjury the foregoing is true and correct to the best of his ability and belief. Defendants have been served the same by petitioner delivering/ Serving the same on this given ___Thurs___ day of October __07__ 2021.

Respectfully Submitted.

Mr. Tyrone Lee, Pro Se,
(757) 928-5028
Smithfield, Va. 23430

City/County of __Virginia__
Commonwealth/State of __Isle of Wight__
The foregoing instrument was acknowledged before me this __7th__ day of __October__,
20__21__ by
__Tyrone Lee__
(name of person seeking acknowledgment)
_____
Notary Public
My Commission Expires: __2/28/23__

Elaine T. Nichols
Notary Public
Commonwealth of Virginia
Reg. #359840
My Commission Expires 2/28/23

**Notary**

9




# Complaint Form
## VIRGINIA STATE BAR

Email to webintake@vsb.org
or mail to
**VIRGINIA STATE BAR
INTAKE OFFICE**
1111 East Main Street, Suite 700
Richmond, Virginia 23219-0026
(804) 775-0570

NOTE: Send in this form if you have concerns about a lawyer's conduct. Your complaint might result in discipline to the lawyer. If you are seeking other remedies against the lawyer, you may need to seek legal advice from a lawyer in private practice. Also, the bar may require your further involvement in an investigation by asking you to be interviewed by a bar investigator and/or to participate at a hearing.
**Please DO NOT send original documents to the Virginia State Bar.** Preserve all original documents until your complaint has been resolved. In addition, please redact personally identifying information such as Social Security numbers, date of birth, driver's license numbers, etc. All documents will be destroyed in keeping with the bar's records and destruction policies.

**YOUR NAME:** ✓ Mr. _ Mrs. _ Ms.
Tyrone / / Lee
first / initial / last

**YOUR ADDRESS:**
205 Kenny Lane
street

Smithfield / VA / 23430
city / state / zip code

kerry2129.kl@gmail.com
email (required)

Daytime Telephone No.: (required)
☐ home (757) 218-9287
☐ work ( )
Other Telephone No. and times you can be reached:
☐ ( )
☐ ( )

**LAWYER'S NAME:**
Romeo / G / Lumaban
first / initial / last

**LAWYER'S ADDRESS:**
Ron Smith Law Firm
lawyer's law firm, if known
133 Kings Way Hampton
street address or P.O. Box
VA 23669
city / state / zip code

Lawyer's Telephone No.:
( )

**LAWYER'S ACTIONS COMPLAINED OF:**

Judicial and prosecuter misconduct. The presiding judge took an intentional leave of absence and instructed the temporary judge to deny bond. The misconduct of the judge happened when he did not enter his opinion of why bond was denied in open court. Nevertheless, the assistant commonwealth attorney (the son of the presiding judge) instructed the court and

(Continue on the back or a separate page if you need more space. Also, attach copies of any documents that help explain your complaint.)

✓ I certify that all information on this complaint form is true and correct. I understand that the content of my complaint can be disclosed to the lawyer.

**YOUR SIGNATURE:** Tyrone Lee
Digitally signed by Tyrone Lee
Date: 2021.07.19 22:42:55 -04'00'

**DATE:** _____

FORM MUST BE SIGNED AND DATED
Turn this form over for more information we need from you to analyze your complaint.

LAWYER'S ACTIONS COMPLAINED OF *(continued)*

temporary judge saying, "It is the decision of the commonwealth to protect those that do not want to be protected." His proceeding was unethical and unconstitutional.

Continue on Seperate Page

List the names, addresses, and phone numbers of persons who might be able to give additional information about your complaint:

Kerry Lee, 205 Kenny Lane, Smithfield VA 23430, 757-218-9287

PLEASE ANSWER THE FOLLOWING QUESTIONS:

1. Have you or a member of your family contacted us about this lawyer before? ☐ yes ☑ no
   If *yes*, please state when you made the complaint and the outcome of that complaint.

2. Have you filed a complaint or legal action about this matter anywhere else? ☑ yes ☐ no
   If *yes*, state where and the outcome.

3. Describe your relationship to the lawyer who is the subject of your complaint by choosing from the following:
   ☑ I am the lawyer's client
   ☐ I am the lawyer's former client
   ☐ I am a relative or friend of the lawyer's client
   ☐ I am an opposing party
   ☐ I am an opposing lawyer
   ☐ Other
   If Other, please explain:

4. What is the nature of your legal case? When was the lawyer employed or appointed to represent you? How much money, if any, was the lawyer paid to represent you?
   Juvenile and Domestic.

5. Is your concern only that you think the lawyer charged you too much? ☐ yes ☑ no
   If yes, you should contact the bar at (804) 775-9423 for information on fee dispute resolution.

6. Have you read the brochure describing the bar's attorney disciplinary process? ☑ yes ☐ no

Submit

**LAWYER'S ACTIONS COMPLAINED OF** *(continued)*

His misconduct painted the outcome of the bond hearing. The assistant commonwealth attorney informed the court that its responsiblity is to protect those that don't want to be protected. Mr. Lee hereby request of this office the immediate internal investigation of the three parties involved in this matter. And as a form of relief, this office must not hesitate the revocations of lisences of all three parties associated with this case. Order the removal of the Assistant Commonwealth attorney from the bond appeal on August 4th, 2021 and relieve him from his office, for this feels necessary.

# EMERGENCY PROTECTIVE ORDER — FAMILY ABUSE

Commonwealth of Virginia Va. Code § 16.1-253.4

Court Case No. ...............................

Isle of Wight .............................................................................................. Juvenile and Domestic Relations District Court

| ALLEGEDLY ABUSED PERSON | DATE OF BIRTH OF ALLEGEDLY ABUSED PERSON |
|---|---|
| Lee, Kerry<br>LAST FIRST MIDDLE | 08/07/1982 |

v.

| RESPONDENT | RESPONDENT IDENTIFIERS (IF KNOWN) |
|---|---|
| Lee, Tyrone<br>LAST FIRST MIDDLE | RACE: B, SEX: M, BORN: 01/27/1965, HT: 6' 05", WGT: 192, EYES: BRO, HAIR: BLK |

205 Kenny Lane
RESPONDENT'S ADDRESS/LOCATION
Smithfield, VA 23430

SSN: 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
DRIVER'S LICENSE NO. / STATE / EXP.

[X] **CAUTION: Weapon Involved**

## REQUEST FOR EMERGENCY PROTECTIVE ORDER

**To the individual requesting the order:** Please provide information on allegedly abused person and other requested protected persons on form DC-621, NON-DISCLOSURE ADDENDUM. Accused allegedly strangled victim.

I, the undersigned, assert under oath the following:

Therefore, I respectfully request the [X] issuance [ ] extension of an emergency protective order. In the case of a request for extension, I certify that the person in need of protection is physically or mentally incapable of filing a petition pursuant to Virginia Code § 16.1-253.1 or 16.1-279.1.

Deputy Parsain, A. 1320 IOW Sheriff's Office    *See Original for Signature*    06/24/2021
NAME AND AGENCY/RELATIONSHIP TO VICTIM        [ ] ALLEGEDLY ABUSED PERSON/PARENT/PERSON IN LOCO PARENTIS    DATE
(If law enforcement officer, include badge and code no.)    [X] LAW ENFORCEMENT OFFICER

Subscribed and sworn to before me this day [X] in person [ ] by electronic communication
(If oath taken by electronic communication, print
or type name of judge or magistrate taking oath.)    06/24/2021
Rachel L. Zollweg                               DATE                    [ ] JUDGE   [X] MAGISTRATE

## EMERGENCY PROTECTIVE ORDER

Based on the above assertion and other evidence, I find that (if checked below):

[X] A warrant for a violation of § 18.2-57.2 has been issued and there is probable danger of further acts of family abuse against the allegedly abused person, Lee, Kerry ........................, by the Respondent; **OR**

[ ] Reasonable grounds exist to believe that Respondent has committed family abuse and there is probable danger of a further such offense against the allegedly abused person, ........................, by the Respondent.

It is ORDERED that the request is hereby [ ] denied [X] granted and ORDERED that the Respondent shall observe the following conditions:

[X] The Respondent shall not commit acts of family abuse or criminal offenses that result in injury to person or property.

[X] The Respondent shall have no contact of any kind with Lee, Kerry

  [ ] except as follows: ........................
  [X] The Respondent is also prohibited from being in the physical presence of Lee, Kerry

[ ] The allegedly abused person is granted possession of the companion animal described as ........................ (NAME/TYPE)

[X] Lee, Kerry ........................, the family or household member, is granted possession of the premises occupied by the parties, located at 205 Kenny Lane Smithfield, VA 23430, to the exclusion of the Respondent; however, no such grant of possession shall affect title to any real or personal property.

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. Number of supplemental pages ........

This Order is issued on 06/24/2021 11:07 PM
                            DATE

THIS ORDER EXPIRES ON 06/28/2021 at 11:59 p.m.
                            DATE

**RESPONDENT: SEE WARNINGS ON REVERSE**

(Print or type name of judge or magistrate if oral order
is reduced to writing by the law enforcement officer.) Rachel L. Zollweg                [ ] JUDGE   [X] MAGISTRATE

VERIFICATION: I have verified this order.    06/24/2021
                                             DATE
EPO: 093JM2100001593                         RESPONDENT        Rachel L. Zollweg    [ ] JUDGE   [X] MAGISTRATE
FORM DC-626 (FRONT) 07/16

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Isle of Wight
CITY OR COUNTY

[ ] General District Court [ ] Criminal [ ] Traffic
[x] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 06/24/2021 did unlawfully and feloniously in violation of Section 18.2-51.6 , Code of Virginia:

impede the blood circulation or respiration of Kerry Lee [spouse] without such person's consent by knowingly, intentionally, and unlawfully applying pressure to the neck of such person resulting in wounding or bodily injury.

CASE NO.

**F**

ACCUSED: Lee, Tyrone
LAST NAME, FIRST NAME, MIDDLE NAME

205 Kenny Lane
ADDRESS/LOCATION

Smithfield, VA 23430

Hearing Date/Time

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | 01/27/1965 | 6' 05" | 192 | BRO | BLK |

SSN 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

D.L.# STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

**CLASS 6 FELONY**

[X] EXECUTED by arresting the Accused named above on this day:

6/24/21   2305
DATE AND TIME OF SERVICE

A. Parsain , Arresting Officer

1320, IoWSO, 093
BADGE NO., AGENCY AND JURISDICTION

for J.R. Clarke JR
SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Deputy Parsain, A. 1320 IOW Sheriff's Office , Complainant.

**CCRE/Fingerprinting Required**

06/24/2021 11:04 PM
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Rachel L. Zollweg

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

Short Offense Description (not a legal definition):
**STRANGLE ANOTHER CAUSING WOUNDING OR INJURY**

Offense Tracking Number:
**093JM2100001592**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1347-F6**

**FELONY**

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Isle of Wight
CITY OR COUNTY

☐ General District Court  ☐ Criminal  ☐ Traffic
[x] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 06/24/2021 ____ did unlawfully in violation of Section
DATE

**18.2-57.2** ____, Code of Virginia:
assault and batter Kerry Lee [spouse] who is a family or household member.

**Active Military Personnel - Not Military/Not Known**
I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Deputy Parsain, A. 1320 IOW Sheriff's Office ____, Complainant.

Execution by summons ☐ permitted at officer's discretion. [x] not permitted.

06/24/2021 11:03 PM
DATE AND TIME ISSUED

[signature]
☐ CLERK  [x] MAGISTRATE  ☐ JUDGE
Rachel L. Zollweg

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

---

CASE NO.

ACCUSED:
Lee, Tyrone
LAST NAME, FIRST NAME, MIDDLE NAME

205 Kenny Lane
ADDRESS/LOCATION

Smithfield, VA 23430

To be completed upon service as Summons
Mailing address ☐ Same as above
☐

Hearing Date/Time

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | 01/27/1965 | 6' 05" | 192 | BRO | BLK |

SSN 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

DL# ____ STATE ____

☐ Commercial Driver's License
☐ Commercial Motor Vehicle  ☐ Hazardous Material

**CLASS 1 MISDEMEANOR**

[x] EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

6/24/21     2305
DATE AND TIME OF SERVICE

A. Parsain ____, ARRESTING OFFICER

1320, Iow So, 093
BADGE NO., AGENCY AND JURISDICTION

for J.R. Clarke JR
SHERIFF

Attorney for the Accused: ____

Short Offense Description (not a legal definition):
**ASSAULT: ON FAMILY MEMBER**
Offense Tracking Number:
**093JM2100001591**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**ASL-1315-M1**

STATE

# SUBPOENA FOR WITNESSES

VA. CODE §§ 8.01-407, 16.1-265, 17.1-617, 19.2-267, and Rules 3A:12 and 7A:12

ISLE OF WIGHT J&DR COURT - ADULT
CITY OR COUNTY

[ ] General District Court  ( [ ] Civil  [ ] Criminal  [ ] Traffic)
[x] Juvenile and Domestic Relations District Court

17000 JOSIAH PARKER CIRCLE P.O. BOX 81, ISLE OF WIGHT, VA
STREET ADDRESS OF COURT

(757) 365-6237
TELEPHONE NUMBER

| RETURN DATE | CASE NO |
|---|---|
| 08/30/2021 | JA011104-01-00 |

[x] Commonwealth of Virginia [or]
[ ] CITY  [ ] COUNTY  [ ] TOWN of
_____ [or]
[ ] _____

*In re* / v.

LEE, TYRONE

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded to summon forthwith the witnesses listed below to appear on 08/30/2021 at 11:00 AM to testify in this case.
DATE / TIME

RETURNS: Each witness was served as indicated below, according to law (unless not found).

NAME KERRY LEE
ADDR 205 KENNY LANE
SMITHFIELD VA 23430-

[ ] PERSONAL SERVICE   Tel. No. (757) 218-9287

[ ] Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport.
[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation to recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.

[ ] Not Found _____
SERVING OFFICER
_____ for _____
DATE

Charge:

STRANGLE: WOUND/INJURY RESULTS

**SUBPOENA for WITNESSES**

The witnesses are subpoenaed to testify on behalf of:
[x] Commonwealth of Virginia [or]
[ ] the City, County, or Town indicated [or]
[ ] Plaintiff(s) [or]
[ ] Defendant(s) [or]
[ ] Juvenile

Subpoena requested by:
TERRY O'BOYLE

08/24/2021
DATE ISSUED

[x] CLERK  [ ] MAGISTRATE  [ ] JUDGE
[ ] PROSECUTING  [ ] DEFENSE ATTORNEY

**NOTICE TO WITNESS:** Failure to comply with this subpoena could cause you to be fined or jailed for contempt of court. Bring this subpoena with you to court. When asking about this case, have this form in hand.

FORM DC-326X FRONT 10/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

TYRONE LEE
_____
Plaintiff(s),

v.

Isle of Wight County
_____
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Civil Law Suit .
**(Title of Document)**

Tyrone
_____
Name of *Pro Se* Party (Print or Type)

*[signature]*
_____
Signature of *Pro Se* Party

Executed on: 10/07/2021 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)